IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS R. MACK, | No. C 04-02979 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JO ANNE B. BARNHART, | |
| Defendant. | |

Defendant's motion for summary judgment has been granted and plaintiff's motion has been denied. Judgment is entered accordingly in favor of defendant and affirming the Commissioner's decision.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 13, 2005

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California

1
2
3
4              IN THE UNITED STATES DISTRICT COURT
5              FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7  CURTIS R. MACK,                               No. C 04-02979 SI
8          Plaintiff,                            **JUDGMENT**
     v.
9
   JO ANNE B. BARNHART,
10
           Defendant.
11                                      /
12
       Defendant's motion for summary judgment has been granted and plaintiff's motion has been denied.
13
   Judgment is entered accordingly in favor of defendant and affirming the Commissioner's decision.
14
15
16     **IT IS SO ORDERED AND ADJUDGED.**
17
   Dated: September 13, 2005
18
                                                 _____
19                                               SUSAN ILLSTON
                                                 United States District Judge
20